**Dated: April 27, 2010**
**The following is SO ORDERED:**

Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| ANGELA YATES, | * | Case No. 08-33892-D |
| | * | Chapter 13 |
| DEBTOR. | * | |

CONSENT ORDER ALLOWING DEBTOR TO ENTER INTO LOAN MODIFICATION AGREEMENT AND DELETING ONGOING MORTGAGE AND MORTGAGE ARREARAGE CLAIMS FROM CHAPTER 13 PLAN

This cause came on to be heard from the statements of Counsel and the Chapter 13 Trustee, and from the entire record in this cause. It appears to the Court that Debtor and mortgage creditor Suntrust Mortgage have agreed to enter into a loan modification agreement, which agreement includes the entire principal balance of the mortgage currently being paid through Debtor's plan, as well as the mortgage arrearage also being paid through the plan. The agreement provides for a new principal balance and provides for a new monthly payment to be paid outside of Debtor's Chapter 13 plan. It further appears that the Chapter 13 Trustee consents to the execution of this agreement and also to the deletion of the Suntrust Mortgage ongoing mortgage and mortgage arrearage claims so as to effectuate the loan modification agreement.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Debtor's proposed loan modification agreement with mortgage creditor Suntrust Mortgage is approved by the Court, and that the Suntrust Mortgage ongoing monthly mortgage note and mortgage arrearage claims in this Cause shall be and are hereby deleted from Debtor's plan. Debtor's plan payment shall be adjusted accordingly.

IT IS SO ORDERED.

APPROVED:

/s/ Herbert Benham III (#011403)
Attorney for Debtor
Wages & Benham
2400 Poplar Avenue, Suite 410
Memphis, TN 38112
(901) 323-3902


/s/ George W. Stevenson
Chapter 13 Trustee


PLEASE SERVE THE FOLLOWING ENTITIES:
Debtor
Debtor's Attorney
Chapter 13 Trustee
All Entities on Matrix